**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**J&T ROCKAWAY TAVERN CORP.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **271259987** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**101-19 ROCKAWAY BCH BLVD**<br>**ROCKAWAY BEACH, NY**<br>ZIP CODE **11694** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**QUEENS** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**101-19 ROCKAWAY BEACH BOULEVARD**<br>**ROCKAWAY BEACH, NY** | ZIP CODE **11694** |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **J&T ROCKAWAY TAVERN CORP.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **J REALTY F ROCKAWAY, LTD.** | Case Number: **FILED HEREWITH** | Date Filed: **8/14/13** |
|---|---|---|
| District: **E.D.N.Y.** | Relationship: **AFFILIATE** | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X  Not Applicable** <br> Signature of Attorney for Debtor(s)           Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**J&T ROCKAWAY TAVERN CORP.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X  /s/ A. Mitchell Greene
Signature of Attorney for Debtor(s)

**A. MITCHELL GREENE   Bar No.**
Printed Name of Attorney for Debtor(s) / Bar No.

**ROBINSON BROG LEINWAND GREENE ET AL.**
Firm Name

**875 THIRD AVENUE 9TH FLOOR**
Address

**NEW YORK, NY  10022**

**212-603-6300**
Telephone Number

**8/14/2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ GERALD PERICH**
Signature of Authorized Individual

**GERALD PERICH**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**8/14/2013**
Date

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| **J&F ROCKAWAY TAVERN LTD.** | **FILED HEREWITH** | **8/14/13** |
| District | Relationship | Judge |
| **E.D.N.Y.** | **AFFILIATE** | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    Chapter 11

**J & T ROCKAWAY TAVERN CORP.**,                          Case No.

                    Debtor.
-----------------------------------------------------------X

### CERTIFICATE OF RESOLUTION

I, the undersigned, Gerald Perich, the President of **J & T ROCKAWAY TAVERN CORP.** (the "Company"), do hereby certify that at a meeting of the Company duly called and held on the date hereof, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED**, that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED**, that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Gerald Perich, the President of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED**, that Gerald Perich, the President of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may

{00637102.DOC;1}

hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 14th day of August, 2013.

                                        **J & T Rockaway Tavern, Corp.**

                                        By: _/s/ Gerald Perich_
                                             Gerald Perich, President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                          Chapter 11

**J REALTY F ROCKAWAY, LTD.,**                                  Case No.

                        Debtor.
----------------------------------------------------------------X

In re:                                                          Chapter 11

**J & F ROCKAWAY TAVERN, LTD.,**                                Case No.

                        Debtor.
----------------------------------------------------------------X

In re:                                                          Chapter 11

**J & T ROCKAWAY TAVERN CORP.,**                                Case No.

                        Debtor.
----------------------------------------------------------------X

### DECLARATION PURSUANT TO LOCAL RULE 1007-2

**GERALD PERICH**, being duly sworn, deposes and says:

1.  I am the President of J Realty F Rockaway, Ltd. ("JRF"), J & F Rockaway Tavern, Ltd. ("J&F") and J & T Rockaway Tavern Corp. ("J&T" and together with J&F and JRF as the "Debtors"), and am fully familiar with the facts set forth herein.

2.  The JRF owns the real property and improvements located at **101-19 Rockaway Beach Boulevard, Rockaway Beach, New York** (the "Property"). J&T and J&F together own and operate "The Irish Circle Tavern" (the "Tavern") from the Property. The Debtors' financial troubles arise from (i) damage and reduced business as a result of Hurricane Sandy; (ii) a pending foreclosure proceeding by the Debtors' lender, New York Commercial Bank; and (iii) a

{00637093.DOC;1}597907

default judgment and restraining notice issued therefrom in favor of J&F's former partner, which has resulted in the freezing of substantially all of the Tavern's revenues.

3. As a result, the Debtors had to file this emergency bankruptcy case to prevent further diminution of their assets.

4. The Debtors' statements herein are made under such emergent circumstances upon information and belief and to the extent necessary, the Debtors' may amend this Declaration once they have the ability to more fully analyze their books and records without time constraint.

5. A receiver is in possession of the Property.

6. No pre-petition committee was organized prior to the Order for relief.

7. The Debtor's secured debts are held by (i) New York Commercial Bank, 615 Merrick Avenue, Westbury, NY 11590; (ii) the New York City Department of Finance, Attention: Legal Affairs, 345 Adams Street, 3rd Floor, Brooklyn, NY 11201; and (iii) the New York City Water Board, P.O. Box 410, New York, NY 10008.

8. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this affidavit.

9. All suits or proceedings in which the Debtor is named as a party are:

   i) Kenneth Green v. Gerald Perich, individually and as the owner of J&F, New York Supreme Court, Queens County, Index No. 26916/2011;
   ii) Roman Iakoubtchik v. JRF, J&F, et. al., New York Supreme Court, Queens County, Index No. 700312/2013;
   iii) Thomas Francis O'Neill v. J&F, JRF and Robert Cassato, New York Supreme Court, Queens County, Index No. 8260/2013;
   iv) New York Commercial Bank v. JRF, J&F, et. al., New York Supreme Court, Queens County, Index No. 700818/2011;
   v) Kathleen Haley v. JRF, New York Supreme Court, Queens County, Index No. 1605/2012;
   vi) New York Commercial Bank v. JRF, J&F, Gerald Perich and Frank T. Walker, New York Supreme Court, Queens County, Index No. 15190/2012; and

vii) Catherine Diane Nye, et. al. v. Donald E. Cole, et. al., New York Supreme Court, Onandaga County, Index No. 2007-7343

10. The purpose of filing this petition is to preserve the assets of the Debtors for the benefit of the creditors and to preserve priorities of creditors.

11. The estimated amount of Payroll due J&F's and J&T's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $20,500.00. JRF has no employees, except officers.

12. Salaries currently being paid by the Debtors to officers are $0 per month.

13. The estimated operating expenses of JRF for the next **thirty days** is:

| | |
|---|---|
| Total Estimated Income: | $22,600 |

Operating Expenses over next thirty (30) days:

| | |
|---|---|
| Mortgage: | $15,000 |
| Property Tax | 2,700 |
| Utilities | 1,500 |
| Insurance | 1,200 |
| Garbage Disposal | 200 |
| Maintenance | 1,000 |
| Total Estimated Expenses: | $21,600 |
| **NET INCOME:** | $ 1,000 |

14. The estimated operating expenses of J&T and J&F for the next thirty days are:

| | |
|---|---|
| Total Estimated Income: | $85,000 |

Operating Expenses over next thirty (30) days:

{00637093.DOC;1 }3

| | |
|---|---:|
| Cost of Goods total: | $30,000 |
| Insurance | 1,500 |
| Rent & RE Tax and Water | 15,000 |
| Electric & Gas | 5,500 |
| Telephone | 900 |
| Point of Service Equipment Lease | 300 |
| Automobile Payment and Insurance | 700 |
| Payroll | 20,500 |
| Accountant | 2,000 |
| Sales Tax | 7,500 |
| **Total Estimated Expenses:** | **$83,900** |
| **NET INCOME:** | **$ 1,100** |

J Realty F Rockaway, Ltd.

By: *Gerald Perich*
Gerald Perich, President

J&F Rockaway Tavern, Ltd.

By: *Gerald Perich*
Gerald Perich, President

J&T Rockaway Tavern, Corp.

By: *Gerald Perich*
Gerald Perich, President

{00637093.DOC;1 }4

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Eastern District of New York

In re **J&T ROCKAWAY TAVERN CORP.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**ATTN: LEGAL AFFAIRS - DEV**<br>**345 ADAMS STREET, 3RD FL**<br>**BROOKLYN, NY 11201** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$0.01** |
| **NYS UNEMPLOYMENT INSURANC**<br>**P.O. BOX 551**<br>**ALBANY, NY 12201** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$0.01** |
| **INTERNAL REVENUE SERVICE**<br>**P.O. BOX 7346**<br>**PHILADELPHIA, PA 19114** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$0.01** |
| **NYC WATER BOARD**<br>**PO BOX 410**<br>**NEW YORK, NY 10008-0410** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$0.01** |
| **NEW YORK STATE DEPARTMENT**<br>**BANKRUPTCY/SPECIAL PROCED**<br>**P.O. BOX 5300**<br>**ALBANY, NY 12205-0300** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$0.01** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **J&T ROCKAWAY TAVERN CORP.**                     , Case No. _____

                           Debtor                                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **DRISCOLL FOODS** 174 DELAWANNA AVENUE CLIFTON, NJ 07014 | | | UNLIQUIDATED | $4,000.00 |
| **KENNETH GREEN** C/O BERNARD D'ORAZIO 100 LAFAYETTE STREET SUITE 601 NEW YORK, NY 10013 | | | CONTINGENT UNLIQUIDATED DISPUTED | $120.000.00 |
| **DIGANZA LAW FIRM** 101-05 LEFFERTS BLVD OZONE PARK, NY 11419 | | | UNLIQUIDATED | $5,000.00 |
| **WINGFIELD CAPITAL CORP.** 1 PENN PLAZA SUITE 2509 NEW YORK, NY 10119 | | | UNLIQUIDATED | $750,000.00 |
| **FIRST CHOICE PAYMENT SYSTEMS** 1 PENN PLAZA SUITE 2509 NEW YORK, NY 10119 | | | UNLIQUIDATED | $100,000.00 |
| **NEW YORK COMMUNITY BANK** 1601 VETERANS HIGHWAY ISLANDIA, NY 11749 | | | CONTINGENT UNLIQUIDATED DISPUTED | $0.01 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **J&T ROCKAWAY TAVERN CORP.**,    Case No. _____
                    Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AMERICAN EXPRESS MERCHANT SERVICES SE LEGAL HOLDS P.O. BOX 53825 PHOENIX, AZ 85072 | | | CONTINGENT UNLIQUIDATED DISPUTED | $0.01 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, GERALD PERICH, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/14/2013**            Signature: **s/ GERALD PERICH**

**GERALD PERICH ,PRESIDENT**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------x

**In Re:**

**J&T ROCKAWAY TAVERN CORP.**

**Case No.**

**Chapter    11**

**Debtor(s)**

---------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: **8/14/2013**

**s/ GERALD PERICH**
**GERALD PERICH**
Debtor

/s/ A. Mitchell Greene
**A. MITCHELL GREENE**
Attorney for Debtor

CULLEN & DYKMAN
100 QUENTIN RSVLT BLVD
GARDEN CITY, NY 11530


AMERICAN EXPRESS
MERCHANT SERVICES
SE LEGAL HOLDS
P.O. BOX 53825
PHOENIX, AZ 85072


CORP. COUNSEL FOR NEW YO
52 DUANE STREET
NEW YORK, NY 10007


DIGANZA LAW FIRM
101-05 LEFFERTS BLVD
OZONE PARK, NY 11419


DRISCOLL FOODS
174 DELAWANNA AVENUE
CLIFTON, NJ 07014


FIRST CHOICE PAYMENT SYST
1 PENN PLAZA
SUITE 2509
NEW YORK, NY 10119


GERALD PERICH
101-19 ROCKAWAY BCH BLVD
ROCKAWAY BEACH, NY 11694


HARWOOD LLOYD LLC
130 MANN STREET
HACKENSACK, NY 07601


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114

KENNETH GREEN
C/O BERNARD D'ORAZIO
100 LAFAYETTE STREET
SUITE 601
NEW YORK, NY 10013


NEW YORK COMMERCIAL BANK
615 MERRICK AVENUE
WESTBURY, NY 11590


NEW YORK COMMUNITY BANK
1601 VETERANS HIGHWAY
ISLANDIA, NY 11749


NEW YORK STATE DEPARTMENT
BANKRUPTCY/SPECIAL PROCED
P.O. BOX 5300
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEV
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


NYC WATER BOARD
PO BOX 410
NEW YORK, NY 10008-0410


NYS UNEMPLOYMENT INSURANC
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF THE ATTORNEY GE
THE CAPITOL
ALBANY, NY 12224


US ATTORNEY OFFICE - EDNY
CIVIL DIVISION, BANKRUPTC
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

```
WINGFIELD CAPITAL CORP.
1 PENN PLAZA
SUITE 2509
NEW YORK, NY 10119
```

Case 1-13-44997-ess    Doc 1    Filed 08/14/13    Entered 08/14/13 19:09:05

WINGFIELD CAPITAL CORP.
1 PENN PLAZA
SUITE 2509
NEW YORK, NY 10119